UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY OLIVER SPINKS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, et al.,<br><br>Defendants. | Case No. 3:22-cv-05067-WHO<br><br>**ORDER TO SHOW CAUSE REGARDING DISMISSAL FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 10 |

Pro se plaintiff Henry Spinks III filed this suit against Defendant California Department of Transportation and various Department employees (collectively, "Caltrans") alleging violations of his Fourth and Fourteenth Amendment rights, related to the closure of a homeless encampment in Oakland, California. [Dkt. No. 1]. Caltrans filed a motion to dismiss on November 23, 2022, with a hearing set for January 4, 2023. [Dkt. Nos. 10, 13]. Spinks' response was due December 7, 2022. As of the date of this Order, Spinks has not filed an opposition or other response to the motion to dismiss.

Spinks is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute by filing his opposition or other response to the pending motion by **January 6, 2023.** If he files an opposition or response by that date, Caltrans may file a reply by **January 13, 2023.** The hearing on the pending motion to dismiss is reset to **January 25, 2023 at 2:00 p.m.**

**If Spinks fails to file an opposition or other response to the motion to dismiss by January 6, 2023, this action will be DISMISSED with prejudice for failure to prosecute.** Fed. R. Civ. Proc. 41(b).

Defense counsel shall serve the plaintiff with a copy of this Order by mail at the address

listed in the complaint and also, if possible, by email and telephone.

**IT IS SO ORDERED.**

Dated: December 13, 2022



William H. Orrick
United States District Judge